David L. Ray, TRUSTEE
12121 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Telephone: (310) 481-6700
Facsimile: (310) 481-6720

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In Re: | Case No.: 2:10-36936-ER |
|---|---|
| MEHDIZADEH, PEJMAN V. | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: Edmond Nassirzadeh
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **October 28, 2010** at **2:30 p.m.** at 725 S. Figueroa St., Room 102, Los Angeles, CA 90017, for the reason set forth below:

The Trustee requested that you provide additional documentation.

Dated: September 27, 2010

/s/ David L. Ray
David L. Ray
Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on September 27, 2010.

/s/ Julia Fiser
Julia Fiser